711 A.2d 205

**Zenaida Medina MANAHAN, et al.,**

v.

**STATE FARM FIRE AND CASUALTY COMPANY.**

**No. 27, Sept. Term, 1996.**

Court of Appeals of Maryland.

June 12, 1998.

Russell P. Butler (Louis J. DiTrani, DiTrani & Butler, on brief), Camp Springs, for Petitioners.

William R. Scanlin, Bethesda, for Respondent.

Before BELL, C.J., ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI and RAKER, JJ., and ROBERT C. MURPHY, Judge (retired and Specially Assigned).

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and argued, it is this 12th day of June, 1998,

ORDERED, by the Court of Appeals of Maryland that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.